UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.                                    CASE NO: 8:08-cv-34-T-23TGW

HEATHER LONG,

    Defendant.

_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

The plaintiff, Bank of America, N.A., (the "Bank") and the defendant, Heather Long ("Long") move (Doc. 9) for entry of a final judgment and permanent injunction. The motion (Doc. 9) is **GRANTED** and the proposed final judgment and permanent injunction and is **ADOPTED** as follows:

1. At or near the conclusion of her employment, Long, without authorization, downloaded, forwarded, or otherwise took into her possession files and other materials belonging to the Bank.

2. Long and all persons acting in concert with her or under her inducement, encouragement, or persuasion, directly or indirectly, on their own behalf or on behalf of any third party, are permanently enjoined and restrained from, directly or indirectly and by any means:

   a. using or causing to be used, or disclosing in any manner, any electronically-stored information obtained by Long from the Bank,

        including without limitation customer and prospective customer information, deposit and account information, financial information, personal identifying information, employee information, and information relating to or regarding the Bank's business that is or at any time was in Long's possession, custody, or control.

b.    using electronically-stored data accessed, copied, transferred, forwarded, printed, or saved from the Bank, including without limitation confidential and proprietary information concerning the Bank's business, its clients, and its prospective clients.

Jurisdiction is retained for the limited purpose of enforcing the injunction, not for the purpose of enforcing the parties' independently negotiated General Release and Program Agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994). Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own attorney's fees, litigation expenses, and costs. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on March 28, 2008.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE